Uniform Form DCM-34
A84-70

# Commonwealth of Massachusetts

TRIAL COURT OF THE COMMONWEALTH
DISTRICT COURT DEPARTMENT
NEWTON DIVISION



MIDDLESEX, ss.

STUDENT LOAN MARKETING ASSOCIATION
v
STACEY MIKESELL

Civil Action No. 94 12 CV 33 4

### JUDGMENT
(Rule 58)

Upon ASSESSMENT OF DAMAGES

It has been ORDERED and ADJUDGED by the court, DYANNE J. KLEIN,
~~(it is recorded by the clerk without court order,)~~ (name of judge)

☑ that the plaintiff, _____, recover of the defendant,
_____ the sum of $ 14,000.00, with interest from 6-27-94
(date)
as provided by law in the amount of $ 2940.00 (and costs in the amount of $ 140.70), AND ATTORNEY'S FEES OF $562.25

☐ ~~that the plaintiff,~~ _____, ~~take nothing; that the action be dismissed~~

_____ ~~further ordered and adjudged that the defendant~~
_____ ~~recover costs in the amount of $~~ _____.

_____
(Assistant) Clerk
4-18-96
(date)

Judgment entered on docket on  5-3-96  , pursuant to Rules 58(a) and 79(a) and
(date)
a copy thereof sent to parties immediately, as notice pursuant to Rule 77(d).

_____
(signature)

Attached to the copy of this judgment
sent as notice are the court's rulings of

## ASSIGNMENT OF JUDGMENT

I, Christine Deffendall, representing the Student Loan Marketing Association/Loan Servicing Center/Florida (Sallie Mae) of 1002 Arthur Drive, City of Lynn Haven, County of Bay, State of Florida, in consideration of the sum of $16,940.00, receipt of which is acknowledged, paid to me by the United States of America, the assignee, hereby assign to assignee the judgment, recovered by Student Loan Marketing Association/Loan Servicing Center/Florida on 04/18/96, docketed in District Court of Newton, Middlesex County, MA, Case No. 9412cv334, against Stacey Mikesell (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) for $16,940.00 (amount of judgment, indicating treatment of interest, court costs, and attorney's fees, if appropriate).

Assignor authorizes the United States of America to ask, demand, and receive, and to sue out executions and take all lawful ways for recovery of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the United States of America from enforcing the judgment.

The Loan Servicing Center/Florida address is:

> 1002 Arthur Drive
> Lynn Haven, FL 32444
> (800)345-6984

The DHHS address is:

> Department of Health and Human Services
> Debt Management Branch, 5600 Fishers Lane
> Room 16A-09
> Rockville, MD 20857
> (30)443-1782

I have executed this assignment at Loan Servicing Center/Florida the 23 day of August, 1996.

_____
(Signature)

Sworn before me this 23rd day of August, 1996.

_____
(Notary Public) Amy Adams-Midyette

Affiant X is known to me personally
___ provided valid identification
Type of identification provided: _____

My commission expires 15 January, 2000

> AMY ADAMS MIDYETTE
> Notary Public - State of Florida
> My Commission Expires Jan 15, 2000
> Commission # CC 524712

HEAL2.DOC

# Commonwealth of Massachusetts

Middlesex, ss.

_____

District Court of Newton,
Clerk's Office for Civil Business.

I hereby certify that......Studebt Loan Marketing.................................................................................

..................................................................................................................................................................

..................................................................................................................................................................

..................................................................................................................................................................

..................................................................................................................................................................

of ........1050 Thomas Jefferson St., Washington, D.C.,.................................................

| | |
|---|---|
| Judgt. date | Plaintiff, on the......Eighteenth..........................day of..........April..........................A. D. 19.96..., |
| 4-18-96 | before our Justice of the District Court of Newton, holden at said Newton, within said County of Middlesex, for civil business, recovered judgment in an action of................................... |
| Dam., $17,502.25 | against ......Stacey Mikesell.................................................................................................... |
| Costs, .........140.70 | |
| $........17,642.95 | |

of ......Newton, MA................................................................................................................................, defendant

for the sum of ....Seventeen Thousand Five Hundred and Two..................................dollars and
Twenty Five
..............................................cents, debt or damage, and One Hundred Forty..........................dollars and
Seventy
..............................................cents, for charges of suit, from which judgment no appeal was taken — entry being made of judgment satisfied — ~~execution being issued~~ .....................................................

In Testimony whereof, I have hereunto set my hand and affixed the seal of said Court, at said Newton, this...Twenty Sixth
..............................................day of........July........
in the year of our Lord one thousand nine hundred and......................
......Ninety Six......................................

_[signature]_ Assistant—Clerk